# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0657
_____

RICHARD ROBINSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


October 10, 2025


PER CURIAM.

DISMISSED.

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Richard Robinson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.